# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| Perlan Therapeutics, Inc., | CASE NO. 05cv1855 BEN (BLM) |
|---|---|
| Plaintiff, vs. NexBio, Inc., et al., Defendant. | **ORDER** RE: Motion for Reconsideration (Dkt. No. 76); Motion for Extension of Time (Dkt. No. 77); Plaintiff's Ex Parte Application (Dkt. No. 97); and Defendants' Ex Parte Application (Dkt. No. 96) |

Plaintiff's Motion for Reconsideration, filed September 1, 2006 (Dkt. No. 76) is Denied. This court lacks jurisdiction in view of Plaintiff's Notice of Appeal filed September 5, 2006. *Scott v. Younger*, 739 F.2d 1464, 1466 (9th Cir. 1984). Plaintiff's Motion for Extension of Time to File Notice of Appeal filed September 1, 2006 (Dkt. No. 77) is Denied as moot.

Plaintiff's Ex parte Application for Leave to File a Sur-Reply to Defendants' Reply Brief in Support of Motion for Attorneys' Fees (Dkt. No. 97) is Denied. Defendants did not raise new issues in their Reply brief.

Defendants' Ex Parte Motion to Strike Perlan's Ex Parte Application to File a Sur-Reply to Defendants' Reply Brief in Support of Motion for Attorneys' Fees (Dkt. No. 96) is Denied as moot.

DATED: October 3, 2006

Hon. Roger T. Benitez
United States District Judge